CHARLES J. MURPHY, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 13758.   Promulgated May 25, 1928.

*John Enrietto, Esq.*, and *Harry B. Sutter, Esq.*, for the petitioner.
*T. M. Mather, Esq.*, for the respondent.

OPINION.

MORRIS: We have this day promulgated our decision in the appeal of *J. Raymond Murphy*, 12 B. T. A. 142, heard and considered

jointly with the instant case, and in view of our decision therein, based upon the same facts (except as to amounts) and circumstances, it is unnecessary for us to do more than sustain the findings of the respondent.

*Judgment will be entered for the respondent.*